JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINE POGOSIAN<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; AMERICAN HOME MORTGAGE SERVICING, INC.; AMERIQUEST MORTGAGE SECURITIES, INC.; POWERDEFAULT SERVICES, INC. and T.D. SERVICE COMPANY,<br><br>Defendants. | Case No.  CV12-4469 DSF (JEMx)<br><br>**JUDGMENT** |

The Court having granted a motion to dismiss and Plaintiffs having failed to amend their complaint within the time allowed by the Court,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing and that the case be dismissed with prejudice.

Dated: 1/11/13

By: _Dale S. Fischer_
Hon. Dale S. Fischer
United States District Judge